## AFFIDAVIT OF JANE DOE
## IN SUPPORT OF MOTION TO PROCEED WITHOUT PREPAYING FILING FEE

I, JANE DOE, declare and affirm under penalties of perjury of the United States as follows:

1. I have personal knowledge of the facts stated herein and could testify to the same if called to testify.

2. I am the "Jane Doe" who files this lawsuit.

3. I am twenty-six years old.

4. I was incarcerated from January 18 to approximately May 20, 2016.

5. I am currently employed at hotel in Fishers. I earn $9.00 per hour and work 35-40 hours per week.

6. I am unmarried.

7. I have one dependent, my six week-old son, E.M., whom I am solely responsible for supporting.

8. I receive assistance from several non-profits and charities. I also receive food stamps for about $170 per month.

9. My monthly expenses are:

    a. Childcare $350-$400

    b. Vehicle $300

    c. Cell phone $60

10. Right now, I live at the Fresh Start Recovery Program in Indianapolis, Indiana. I am not paying rent.

1

11. On December 3, I will be moving out of Fresh Start. After that, I will be paying $500-600 per month for rent.

12. I have no money in checking or savings accounts.

13. I lease my current vehicle, which is a 1999 Mercury.

14. I do not own real estate, stock, bond, trust, jewelry, art work or other financial instrument or any other asset or thing of value.

I, _____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

Signed under the Penalty of Perjury:

_____  11-09-16
                 Date